# EXHIBIT A

# San Diego Police Dept
# Crime/Incident Report

| | | | |
|---|---|---|---|
| | | Case No. | 22039694 |
| CAD Event No.: | E22090017362 | Case Disposition: | Active |
| Primary Victim: | State of California | Report No. | 22039694.1 |

**1**



## GENERAL CASE INFORMATION

| | | | |
|---|---|---|---|
| Primary Charge: 981153 - ZZ - MISCELLANEOUS REPORTS - 153 | | | |
| Special Studies: | | | Related Cases: |
| Location, City, State, ZIP: [redacted] SAN DIEGO, CA 92108 | | | Occurred On: 09/12/2022 12:34:00 (Monday) |
| Jurisdiction: | Beat: 311 | Call Source: ANI/ALI | (and Between): |
| Means: | | Motives: | |

## VICTIM/S

## IBR/UCR OFFENSE/S

| | | | | | |
|---|---|---|---|---|---|
| Offense Description: 981153 - ZZ - MISCELLANEOUS REPORTS - 153 | Level: O | Against: | Completed? Yes | Counts | Using: |
| Location Type: 201 - Apartment/Condo | Hate/Bias: 88 - None (no bias) (mutually exclusive) | | | Domestic Violence: No | |
| Criminal Activity: | Type Security: | Gang Related: No | Entry: | Point of Entry: | |
| Weapons/Force: | Tools: | | Targets: | | |

## ARRESTEE/S

## SUSPECT/S (Not Yet Arrested)

### Suspect #1

| | | |
|---|---|---|
| Name: Saxon, Samuel Lewis | County Residence: R - Resident | Interpreter Language: |

ALIAS / AKA / NICKNAME / MONIKER:

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|
| | | | | |

| | | | |
|---|---|---|---|
| Home Address, City, State, ZIP: [redacted] | Res. Country: US | Place of Birth: | Undocumented: |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| W | M | [redacted] 1978 - 44 | 6' 0" | 200 | BRO | BRO | | LGT - Light |

| Hair Style: | Hair Length: | Build: | Teeth: | Suspected User: |
|---|---|---|---|---|
| | | M - Medium | | |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|
| E - Employed | Customs Agent | | |

CONTACT INFORMATION:

| Type: | Number/Address: |
|---|---|
| MP - Mobile Phone | [redacted] |

IDENTIFICATION:

| Type: | Number: | State: | Country: |
|---|---|---|---|
| DLN - Drivers License Number | [redacted] | CA | US |

SCARS, MARKS, TATTOOS, ODDITIES:

| Attire: | Suspect Actions: |
|---|---|
| | , |

## WITNESSES

## OTHER ENTITIES

### Other Entity #1

Person Code: ☐ Secured Premise ☐ Discovered Crime ☐ Reporting Party ☐ Law Enforcement Officer

| Name: | Entity Type: | Person Code: | County Residence: |
|---|---|---|---|
| [redacted] | RP - Reporting Party | | |

| | | |
|---|---|---|
| Reporting Officer: SD1715 - ULLOA, ALFREDO | Division / Organization: Eastern Patrol (Eastern) | Reviewed By: SD7018 - ALT, BRYAN |
| Report Date: 9/13/2022 6:58:20 AM | Detective Assigned: SD7713 - DAVID, ANTONIO | Reviewed Date: 09/13/2022 07:43:24 |

USA-PR-20-000003

# San Diego Police Dept
# Crime/Incident Report

| | | | |
|---|---|---|---|
| | | Case No. | 22039694 |
| CAD Event No.: | E22090017362 | Case Disposition: | Active |
| Primary Victim: | State of California | Report No. | 22039694.1 |



ALIAS / AKA / NICKNAME / MONIKER:

| Name Type: | First: | Middle: | Last: | Suffix: |
|---|---|---|---|---|
| | | | | |

| Home Address, City, State, ZIP: | Res. Country: | Place of Birth: | Undocumented: | Interpreter Language |
|---|---|---|---|---|
| | | | | |

| Race: | Sex: | Date of Birth / Age: | Height: | Weight: | Hair Color: | Eye Color: | Facial Hair: | Complexion: |
|---|---|---|---|---|---|---|---|---|
| H | M | [redacted]979 - 42 | 6' 1" | 275 | BLK | BRO | | LGT - Light |

| Employment Status: | Occupation/Grade: | Employer/School: | Employer Address, City, State, ZIP: |
|---|---|---|---|
| E - Employed | Customs Agent | | |

CONTACT INFORMATION:

| Type: | Number/Address: |
|---|---|
| MP - Mobile Phone | [redacted] |

IDENTIFICATION:

| Type: | Number: | State: | Country: |
|---|---|---|---|
| | | | |

| Injury: | Extent of Treatment: |
|---|---|
| | |

## PROPERTY

## REPORT NARRATIVE

ORIGIN:

On 09/12/2022 at approximately 1235 hours, Officer McCormick #7809 and I were in full police uniform and driving a marked patrol vehicle when we were dispatched to a radio call regarding a check the welfare at [redacted] in the City of San Diego.

On arrival, I spoke to the reporting party, [redacted] explained to me he had called the police worried about his friend, Samuel Saxon [redacted]/1978 who did not make into work and had not been heard from for 16 hours. [redacted] also told me Saxon is currently having issues with his girlfriend. [redacted] received a text message from a friend of his who told him he had seen Saxon and his girlfriend fighting the night before (09/11/2022). According to [redacted] friend, Saxon was throwing all of his girlfriend's belongings out of the apartment. On 09/11/2022, officers had also responded to the same apartment regarding a possible domestic violence.

After taking [redacted] statement, I made my way to Saxon's apartment. At Saxon's apartment, I knocked multiple times and announced myself as an officer with the San Diego Police Department. While waiting for a response, I heard some movement coming from the inside of the apartment. After waiting for about 5 minutes, I used a key to unlock the door that an officer obtained from management. Other officers and I on scene made entry and began clearing the apartment's living room. While clearing the apartment, Officer McCormick who was behind me across the living room, began giving verbal commands to "drop the knife.". I made my way to Officer McCormick and saw a white naked male sitting on a toilet who had a large knife pressed against his throat. Due to this behavior, the nature of the call, and not knowing whether he'd use the knife to harm me, I pointed my service pistol at him. We attempted to de-escalate the situation by asking him to drop the knife. During our interaction, I had also switched from lethal to less lethal force by re-holstering my firearm and taking out my taser and pointing it at him. After a couple of minutes of trying to calm Saxon down, we noticed Saxon becoming more agitated with our presence. Saxon would not release the knife and began shouting at us to leave his apartment. As an attempt to continue the de-escalation process, we were ordered to exit the apartment. We exited the apartment without further incident.

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SD1715 - ULLOA, ALFREDO | Eastern Patrol (Eastern) | SD7018 - ALT, BRYAN |
| **Report Date** | **Detective Assigned** | **Reviewed Date** |
| 9/13/2022 6:58:20 AM | SD7713 - DAVID, ANTONIO | 09/13/2022 07:43:24 |

# San Diego Police Dept
## Crime/Incident Report

| | | | |
|---|---|---|---|
| | | Case No. | 22039694 |
| CAD Event No.: | E22090017362 | Case Disposition: | Active |
| Primary Victim: | State of California | Report No. | 22039694.1 |



BWC was activated and a RIPA was submitted.

| Reporting Officer | Division / Organization | Reviewed By |
|---|---|---|
| SD1715 - ULLOA, ALFREDO | Eastern Patrol (Eastern) | SD7018 - ALT, BRYAN |
| Report Date | Detective Assigned | Reviewed Date |
| 9/13/2022 6:58:20 AM | SD7713 - DAVID, ANTONIO | 09/13/2022 07:43:24 |